IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CHRIS PALMER and BEVERLY      )
CRAMTON PALMER,               )
                              )
     Plaintiffs,              )
                              )     CIVIL ACTION NO.
     v.                       )      2:17cv471-MHT
                              )          (WO)
NATURMED, INC., et al.,       )
                              )
     Defendants.              )

                    ORDER

Plaintiffs filed this lawsuit in state court bringing claims for personal injury and loss of consortium. One of the defendants removed the case to federal court. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiffs' motion to remand be granted and that the case be remanded to state court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

***

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The magistrate judge's recommendation (doc. no. 12) is adopted.

(2) Plaintiffs' motion to remand (doc. no. 5) is granted.

(3) This cause is remanded to the Circuit Court of Montgomery County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 12th day of September, 2017.

                                  /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**